MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
GIOCONDA MOLINARI (CSBN 177726)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7220
    Fax: (415) 436-6748
    Email: gioconda.molinari@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:14-CV-03946 (BLF) |
| Plaintiff, | **DISMISSAL OF ACTION** |
| v. | **[PROPOSED] ORDER** |
| THE ARBA GROUP; CF WATSONVILLE EAST, LLC; CF WATSONVILLE WEST, LLC; COUNTRY VILLA HEALTH SERVICE CORPORATION, DBA COUNTRY VILLA HEALTH SERVICES, | |
| Defendants. | |

1. Under Fed.R.Civ.P. 41(a)(1), the United States hereby dismisses this action with prejudice subject to the terms and conditions of the Settlement Agreements with the parties that became effective on May 21, 2015.

//

//

//

**DIMISSAL OF ACTION; [PROPOSED] ORDER**
**No. 3:14-CV-03946 (BLF)**

1

2. No answer has been filed, and no parties other than the United States and the Defendants have appeared in this action.

                                            Respectfully Submitted,

                                            MELINDA HAAG
                                            United States Attorney

Dated: May 29, 2015             By: _____*/s/*_____
                                            GIOCONDA MOLINARI
                                            Assistant United States Attorney

[PROPOSED] ORDER OF DISMISSAL

1. This action is dismissed with prejudice subject to the terms and conditions of the Settlement Agreements that became effective on May 21, 2015.

IT IS SO ORDERED,

Dated: May 29, 2015

*(signature)*
BETH LABSON FREEMAN
United States District Judge